UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDERSON TRAYLOR EDWARDS, LTD** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 22-1024** |
| **BERKSHIRE HATHAWAY GUARD INSURANCE CO.** | **SECTION: "G"(5)** |

## ORDER

Before the Court is Plaintiff Anderson Traylor Edwards, Ltd.'s ("Plaintiff") "Motion in Limine to Exclude Arguments or Objections Against the Use of Melinda Champulvier's Deposition for Any Purpose at Trial."[1] The motion was set for submission on May 3, 2023, with any opposition due on or before April 25, 2023.[2] Defendant AmGuard Insurance Company ("Defendant") has not filed any opposition to the motion.

Plaintiff moves the Court to prohibit Defendant from raising any objection to the use of Melinda Champulvier's Rule 30(b)(6) deposition for any purpose at trial.[3] Rule 32(a)(3) of the Federal Rules of Evidence provides broadly: "An adverse party may use for any purpose the deposition of a party or anyone who, when deposed, was the party's officer, director, managing agent, or designee under Rule 30(b)(6) or 31(a)(4)." Champulvier was designated as Defendant's Rule 30(b)(6) representative. Therefore, Plaintiff's unopposed motion is well founded. Defendant has waived any objection to Plaintiff's use of Champulvier's Rule 30(b)(6) deposition at trial. Accordingly,

---

[1] Rec. Doc. 110.

[2] Rec. Doc. 117.

[3] Rec. Doc. 110.

**IT IS HEREBY ORDERED** that Plaintiff Anderson Traylor Edwards, Ltd.'s "Motion in Limine to Exclude Arguments or Objections Against the Use of Melinda Champulvier's Deposition for Any Purpose at Trial"[4] is **GRANTED**. Defendant has waived any objection to Plaintiff's use of Melinda Champulvier's Rule 30(b)(6) deposition at trial.

**NEW ORLEANS, LOUISIANA**, this  3rd   day of May, 2023.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[4] Rec. Doc. 110.