# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDERSON TRAYLOR EDWARDS, LTD.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-1024** |
| **BERKSHIRE HATHAWAY GUARD INSURANCE CO., ET AL.** | **SECTION: "G"** |

## ORDER

The Clerk's records reflect that defendant's counsel, Mia Jacque Lewis, was recently suspended from practice in this Court for failure to pay attorney triennial dues. Counsel has not responded to the Clerk's second notice regarding delinquency sent April 3, 2023.

Accordingly, **IT IS ORDERED** that Mia Jacque Lewis make payment for attorney triennial dues,[1] on or before **June 9, 2023,** or show cause on that date by written memorandum why she should not be removed from this case. Failure to comply will result in the instant removal of the attorney from this case.

**NEW ORLEANS, LOUISIANA**, this   23rd   day of May 2023.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

1 Local Rule 83.2.2(D).